■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN L. PATTERSON, Appellant. (Appeal No. 1.) [6 NYS3d 508]— Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered April 8, 2011. The judgment

convicted defendant, upon a jury verdict, of assault in the second degree and criminal contempt in the first degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Patterson* ([appeal No. 2] 128 AD3d 1377 [2015]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.